IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES COVERT, JR.,

      Petitioner,                    No. CIV S-09-2029 GGH P

   vs.

JAMES YATES, et al.,

      Respondents.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Accordingly, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis (no. 7) is granted.

DATED: September 8, 2009

                                                /s/ Gregory G. Hollows

co2029.ifp                                 UNITED STATES MAGISTRATE JUDGE