IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES COVERT, JR.,

    Petitioner,                          No. CIV S-09-2029 GGH P

    vs.

JAMES YATES, et al.,

    Respondents.                      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's November 18, 2009, dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1  For the reasons set forth in the November 18, 2009, order, petitioner has not made
2  a substantial showing of the denial of a constitutional right. Accordingly, a certificate of
3  appealability should not issue in this action. Petitioner's motion for a certificate of appealability
4  (no. 17) is denied.
5  IT IS SO ORDERED.
6  DATED: January 6, 2010

/s/ Gregory G. Hollows

U.S. MAGISTRATE JUDGE

co2029.830